UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
NOV 5 2012
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

–PS-O–

STEPHEN BROOKS, 126108,

        Plaintiff,

    -v-

THOMAS DIINA, 1st Deputy Superintendent,
T. LOVE, Chief Administrative Officer,
SERGEANT LATES, Grievance Coordinator,
OFFICER FLOWERS. Correctional Officer,

        Defendants.

**DECISION AND ORDER**
12-CV-0283S

    Plaintiff has filed this *pro se* action seeking relief under 42 U.S.C.s 1983. It now appears that the Court does not have plaintiff's current address. **Mail sent to plaintiff on October 15, 2012 was returned to the Court marked undeliverable on October 19, 2012**. Based on this information, it appears that plaintiff has failed to provide the Court with an address where papers may be served.

    Local Rule of Civil Procedure 5.2(d) requires that a party proceeding *pro se* "must furnish the Court with a current address at which papers may be served on the litigant. .... In addition, the Court must have a current address at all times. Thus a *pro se* litigant must notify the Court immediately in writing of any change of address. Failure to do so may result in dismissal of the case with prejudice." Local Rule of Civil Procedure 5.2(d).

Accordingly, **plaintiff is directed to provide the Court with an address where papers may be served by November 14, 2012 or the case will be dismissed with prejudice without further order of the Court.**

If plaintiff fails to provide an address by November 14, 2012, the Clerk of the Court is directed to close this case as dismissed with prejudice without further order of the Court.     IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Dated: _____, 2012

2